IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1423-ZLW-PAC

ROSA D. BONEWELL,

      Plaintiff,

v.

SECRETARY OF THE AIR FORCE,

      Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Stipulation For Dismissal, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.

DATED at Denver, Colorado, this ___9___ day of November, 2005

BY THE COURT:


s/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court